**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JAMES W. BATTLE, JR., Civil No. 01-871 (DWF/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

INDEPENDENT SCHOOL DISTRICT
NO. 625, St. Paul School District,

Defendant.

---

Gerald Laurie, Esq., and Ian Laurie, Esq., Laurie & Laurie, 1660 Highway 100 South, Suite 508E, St. Louis Park, MN 55416, counsel for Plaintiff.

James Andreen, Esq., Erstad & Riemer, 200 Riverview Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425-4409, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 21, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 21 20__
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________